General Complaint



**FILED**

MAY 0 1 2023

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

MICHAEL APPIAH ASARE

_____

Case Number : **4:23CV385 ALM/CAN**

_____

List the full name of each plaintiff in this action.

VS.

ENVISION PHYSICIAN SERVICES

_____

_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.     In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
     P. O. Box 12487, Austin, Texas 78711.

B.     List the name(s) and address(es) of the attorney(s):

Mr. Governor Jackson

3838 Oak Lawn Avenue, Suite 1000

Dallas, Tx 75219

C.    Results of the conference with counsel:

I have taken appropriate steps. I can either file my own lawsuit or find another lawyer as he was not part of the initial EEOC filing.

II.    List previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?    _____Yes    ___✓___ No

B.    If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

    1.    Approximate file date of lawsuit: _____

    2.    Parties to previous lawsuit(s):

    Plaintiff _____

    Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

    3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

    _____

    4.    Docket number in other court. _____

    5.    Name of judge to whom the case was assigned.

    _____

    6.    Disposition: Was the case dismissed, appealed or still pending?

    _____

    7.    Approximate date of disposition. _____

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1    MICHAEL APPIAH ASARE

524 TANNER SQUARE

MCKINNEY TX 75072

Pla #2 _____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:    ENVISION PHYSICIAN SERVICES

13737 NOEL ROAD SUITE 1600

DALLAS, TX 75240

Dft #2: _____

Dft #3 _____

Attach a separate sheet for additional parties.

IV:    Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I am a combat veteran having served in Afghanistan. On the morning of June 25, 2021 I woke up to a conference phone call from Dr. Charles Phillips (medical director, Envision) and Joana King (manager, Human Resources, Envision). I was informed that I am crazy per Dr. Matt Bush (President, Envision) and Mr. Keith Zimmerman (CEO, Medical City Hospital). Dr. Matt Bush stated I am to be terminated immediately.

On October 26, 2021 and September 29, 2021 I received a letter from Medical City Hospital thanking me for my past support to the hospital and to contact the hospital should my needs change in future. On October 3, 2022 I was denied employment by Envision Physician Services and continue to do so as of May 1, 2023. EEOC charge filed 03/08/2023. Right to sue granted 03/20/2023.

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal arguments and do not cite cases or statutes.  Attach additional pages if necessary.

Requesting 1 million five hundred thousand ($1,500,000) for mental hardship and financial loss

Signed this ___1st___ day of ___May___, 20 _23_.

(Month)                                      (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: ___01/05/2023___

05/01/2023

Date

524 TANNER SQUARE

MCKINNEY TX 75072

Signature of each plaintiff